



FILED / LODGED
RECEIVED / COPY

MAR 25 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Angel Garcia Villareal, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Arturo Curiel, et al., ) <br> ) <br> Defendants. ) | CV 02-0429-PHX-MHM (JI) <br><br> **O R D E R** |

Plaintiff Jose Angel Garcia Villareal, confined in the Arizona State Prison Complex in Buckeye, Arizona, has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $150.00 filing fee, nor has he filed an Application to Proceed In Forma Pauperis.

**A. Payment of Filing Fee.**

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the full amount of the $150.00 filing fee when he files a civil action. Nevertheless, Plaintiff may file a civil action even if he has no assets to immediately pay the filing fee. 28 U.S.C. § 1915(b)(4). If Plaintiff currently has no assets, the filing fee will be collected from him when funds exist. 28 U.S.C. § 1915(b).

Therefore, Plaintiff either must pay the $150.00 filing fee or, if unable to pay the fee immediately, must submit to the Court a certified copy of his trust fund account statement (or institutional equivalent) for the six months preceding the filing of the Complaint. If Plaintiff was held at more than one institution for the six months preceding the filing of the complaint, he must include a certified account statement from an appropriate official at each of the institutions where

JDDL



he was confined.[1] Id.

The Court then shall assess and, when funds exist, collect an initial partial filing fee of 20% of the greater amount of either the average monthly deposits or the average monthly balance in Plaintiff's account for the six months immediately preceding the filing. 28 U.S.C. § 1915(b)(1). After payment of the initial partial filing fee, Plaintiff will be required to make monthly payments equaling 20% of the preceding month's income credited to his account. 28 U.S.C. § 1915(b)(2). The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time the amount in the account exceeds $10.00 until the filing fee is paid. Id.

**B. Statutory Limitations on Prisoner Complaints.**

Plaintiff should note that even after he pays the filing fee, the Court will dismiss the case at any time if the Court determines the allegation of poverty is untrue, the action is frivolous or malicious, the complaint fails to state a claim upon which relief may be granted, or monetary relief is sought against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The Court also will dismiss the complaint if Plaintiff fails to exhaust any administrative remedy available to him. 42 U.S.C. 1997e(a).

Plaintiff also should note that a prisoner may not bring a civil action without complete prepayment of the appropriate filing fee if the prisoner has brought on three or more occasions an action or appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

**C. Rule 41 Warning of Possible Dismissal.**

Finally, Plaintiff is warned that failure to timely comply with every provision of this Order, or any order entered in this matter, will result in dismissal of this action pursuant to Rule 41(b) of

---

[1] A certified trust account statement is available from the ADOC Central Office Inmate Banking Section upon request by an inmate. Plaintiff should note that ADOC trust account statements which are not issued by the Central Office Inmate Banking Section typically do not include the information required by the statute, and therefore, may be rejected by the Court.

the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED:**

(1) That Plaintiff shall have 30 days from the date this Order is filed to pay the $150.00 filing fee **or** to file with the Court a certified Application to Proceed In Forma Pauperis using the form provided with this Order, and to include a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the Complaint. If Plaintiff was held at more than one institution during the six months immediately preceding the filing of the Complaint, he shall file a certified trust fund account from the appropriate official at each institution where he was confined. The trust fund account statement(s) must show deposits and average balances for each month. Plaintiff shall obtain the trust account statement for his account at the Arizona Department of Corrections from the Central Office Inmate Banking Section;

(2) That at all times during the pendency of this action, Plaintiff shall immediately advise the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;

(3) That a clear, legible copy of every pleading or other document filed shall accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned. See Rule 1.9(f), Rules of Practice of the U.S. District Court for the District of Arizona. Failure to comply with this requirement may result in the pleading or document being stricken without further notice to Plaintiff;

(4) That the Clerk of Court is directed to enter dismissal of this action without prejudice and without further notice to Plaintiff, if Plaintiff fails to pay the $150.00 filing fee or fails to file a certified Application to Proceed In Forma Pauperis and certified account statement(s) within 30 days of the date this Order is filed; and

(5) That the Clerk of the Court is directed to provide to Plaintiff a current court-approved form for filing an Application to Proceed In Forma Pauperis (Non-Habeas).

DATED this _21st_ day of _March_, 2002.

Mary H. Murguia
United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____,  ) CASE NO. _____
            Plaintiff,         )
                               )
   vs.                         )     APPLICATION TO PROCEED
                               )     *IN FORMA PAUPERIS*
_____,  )     BY A PRISONER
            Defendant(s).      )     CIVIL (NON-HABEAS)
                               )

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained? ☐Yes ☐No   If "Yes," how many have you filed? _____.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☐No    If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes   ☐No
If "Yes," state the amount of your pay and where you work. _____
_____
_____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☐No
If "Yes," state the source and amount of the payments. _____
_____
_____

98-ifpciv
Revised 6/98

1

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☐Yes ☐No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____
    _____

I declare under penalty of perjury that the above information is true and correct.

_____                    _____
      DATE                                       SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, _____, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:
    (A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or
    (B)  the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

_____                    _____
      DATE                                       SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
    (Printed name of official)

The applicant's trust account balance at this institution is:      $_____
The applicant's average monthly deposits during the prior six months is:      $_____
The applicant's average monthly balance during the prior six months is:      $_____
The attached certified account statement accurately reflects the status of the applicant's account.

| DATE | AUTHORIZED SIGNATURE | TITLE/ID NUMBER | INSTITUTION |
| --- | --- | --- | --- |