# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Angel Garcia Villareal,<br>Plaintiff(s)<br><br>-vs-<br><br>Arturo Curiel, et al.,<br>Defendant(s) | CV-02-0429-PHX-MHM (JI)<br><br>ORDER RE MOTION FOR STATUS |

Under consideration is Plaintiff's Motion for Status Request, filed June 10, 2002 (#6). Plaintiff seeks an explanation of the status of this matter, following his payment of the filing fee. On July 11, 2002, District Judge Murguia entered an Order (#7) completing screening of the Complaint pursuant to 28 U.S.C. § 1915A(a), and directing service of the Complaint. The Court awaits Plaintiff's return of service packets, for forwarding for service by the U.S. Marshal.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Status Request, filed June 10, 2002 (#6) is **GRANTED** to the extent of the explanation given herein.

DATED: August 1, 2002

JAY R. IRWIN
United States Magistrate Judge