# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN - 9 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| JOSE ANGEL GARCIA VILLAREAL, ) | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, ) | CIV 02-0429-PHX-FJM |
| v. ) | |
| ARTURO CURIEL, et al., ) | |
| Defendants. ) | |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this Court having granted in favor of the Defendants' Motions for Summary Judgment (Court Orders at Doc.#72, and #77.) Plaintiff shall take nothing, this action and complaint are hereby dismissed.

January 9, 2004
Date

RICHARD H. WEARE
District Court Executive/Clerk

_____
(By) Deputy Clerk

cc: (all counsel)

