UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 2 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

U.S. Court of Appeals Docket Number: 04-15115
Lower Court Docket No.: CV-02-00429-FJM/JI
Short Title: Garcia Villareal v. Curiel, et al

LODGED
RECEIVED ___ COPY

MAR 1 8 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

O R D E R

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated February 11, 2004; and for failure to file the opening brief on appeal.

A certified copy of this order sent to the district court, agency, Tax Court or Bankruptcy Appellate Panel shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 1 2 2004

by:_____
Deputy Clerk