FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 2 4 2004

CLERK _ _ _ _ _ _
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED
RECEIVED _____ LODGED
_____ COPY

MAR 2 6 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JOSE ANGEL GARCIA VILLAREAL, | No. CV-02-429-PHX-FJM |
| Plaintiff, | |
| vs. | **ORDER** |
| SGT. ARTURO CURIEL; CHIEF JOHN MIRANDA; OFFICER RICARDO HERNANDEZ; OFFICER JOSEPH JOHNSON; CITY OF SAN LUIS, ARIZONA; YUMA COUNTY SHERIFF, YUMA COUNTY, | |
| Defendants. | |

Upon the request of defendants Arturo Curiel, John Miranda, Richard Hernandez, Joseph Johnson and City of San Luis, Arizona (collectively, the "San Luis defendants") and good cause appearing,

IT IS ORDERED that the San Luis defendants' Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses filed December 12, 2003 is hereby deemed withdrawn, without prejudice.

DONE IN OPEN COURT this 2⁵ day of _____March_____, 2004.

Frederick J. Martone
Judge, United States District Court